## ESTATE OF J. B. BAUBICHON.

### No. 8113—Nov., 1873.

DISTRIBUTION.—SUCCESSION.—FOREIGN LAW.—Unless the foreign law is made part of a contract affecting succession, it will be disregarded and the law of this State alone looked to in settling questions of inheritance.

Construing section, C. C., 1376; affirmed, 49 Cal., 18.

*P. J. Robert* and *H. C. Newhall,* for claimants under antenuptial contract.

*E. J. Pringle,* for executor.

The laws of this State furnish the rule in regard to inheritance and distribution, and the Courts here will not resort to the laws of a foreign country, unless those laws are expressed in and made a part of the marriage contract.